17 Civ. 5855

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Eastern District of New York - GREETINGS:

WHEREAS, a verified complaint has been filed in the United States District Court for the Eastern District of New York on the 5th day of October, 2017 by

CH OFFSHORE LTD.,
           Plaintiff,

-against-

KIGORIAK SHIPPING N.V.,
WHB SHIPPING N.V.,
and FH N.V.,
           Defendants.

in a certain action for breach of a charter party alleging to be due and owing the said Plaintiff the amount of **US$12,924,330.00** and praying for process of maritime attachment and garnishment against the said Defendants, and

WHEREAS, this process is issued pursuant to such prayer and requires that each garnishee shall serve its answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon it and requires that each defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendants cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach credits and effects to the amount sued for, in the hands of garnishees in this district including but not limited to (1) Citibank N.A.; to wit: cash, funds, freight, sub-freights, hire, credits and owing up to the total sum of **US$12,924,330.00** and any other property in whatever form belonging to defendants, and that you promptly after execution of this process, file the same in this Court, with your return thereon.

WITNESS, the Honorable _____, Chief Judge of said Court, this ___ day of October, in the year of our Lord two thousand seventeen.

DOUGLAS C. PALMER

BLANK ROME LLP
William R. Bennett, III
405 Lexington Avenue
New York, NY 10174-0208
T: (212) 885-5152
E: wbennett@BlankRome.com
Attorneys for Plaintiff

CLERK

By:_____
Deputy Clerk

*NOTE: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.*

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT